Robert Tauler (SBN 241964)
rtauler@taulersmith.com
Kevin Valsi (SBN 274704)
kvalsi@taulersmith.com
Tauler Smith LLP
626 Wilshire Blvd., Ste. 510
Los Angeles, CA 90017
(310) 590-3927

E-FILED 4/25/18

Attorneys for Plaintiff
JST Distribution, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JST DISTRIBUTION, LLC, a Texas Limited Liability Company,<br><br>  Plaintiff,<br><br>  v.<br><br>CNV.COM, INC. (d/b/a SEXTOY.COM, d/b/a CONDOMS.COM), a California corporation, et al.,<br><br>  Defendants. | Case No. CV 17-6264-PSG (MRWx)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANTS CNV.COM, INC. AND LOVE WORKS, LLC PURSUANT TO FED.R.CIV.P. 41(a)(1)(A)(ii)** ; ORDER |

Pursuant to Rule 41(a)(1)(A(ii) of the Federal Rules of Civil Procedure, Plaintiff JST Distribution, LLC, and Defendants CNV.com, Inc. and Love Works, LLC, (collectively, the "Parties") hereby stipulate to the dismissal of this action with prejudice. Each of the undersigned Parties agrees that it shall bear its own attorney's fees and costs incurred herein.

/ / /

/ / /

SO STIPULATED.

Dated: April 25, 2018

**TAULER SMITH LLP***
Robert Tauler, Esq.
Kevin Valsi, Esq.

By: ___s/ Robert Tauler_____
Robert Tauler
Attorneys for Plaintiff
JST DISTRIBUTION, LLC

Dated:  April 25, 2018

**ZUBER LAWLER & DEL DUCA LLP**
Don A. Hernandez
Jeffrey J. Zuber
Meredith A. Smith

By: ___s/ Jeffery J. Zuber_____
Jeffrey J. Zuber
Attorneys for Defendant CNV.com, Inc.

Dated:  April 25, 2018

**THE GOODE LAW FIRM, A P.L.C.**
William L. Goode

**IT IS SO ORDERED.**

**DATED:** 4/27/18

_____
**U.S. DISTRICT JUDGE**

By: _____s/ William L. Goode_____
Attorneys for Defendant Love Works, LLC

*Pursuant to Local Rule 5-4.3.4(a)(2)(i), the Filer hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized its filing.*